No. 69706.—Daido Corporation *v.* United States, protest 65/3657 (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of horns similar in all material respects to those the subject

of *G. Joannou Cycle Co., Inc.* v. *United States* (46 Cust. Ct. 172, C.D. 2253), the claim of the plaintiff was sustained.